**Order entered November 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01626-CR

**MARK EDWIN GUIDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63747-V**

## ORDER

The Court **GRANTS** the State's motion for extension of time to file the State's reply brief.

We **ORDER** the Clerk of the Court to file the State's reply brief tendered as of the date of this order.

/s/     ADA BROWN
        JUSTICE